UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43588
   SHIRLEY JONES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-7432

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/23/04 and confirmed on 01/14/05.

2. The case was dismissed after confirmation, 11/14/2008.

3. The Debtor paid a total of $ 16612.35 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED | 14500.00 | 2549.94 | 9744.05 |
| AMERICAN GENERAL RETAIL | SECURED | 500.00 | .00 | 364.40 |
| NATIONWIDE COMMERCIAL LP | UNSECURED | 143.44 | .00 | .00 |
| PERSONAL FINANCE | SECURED | 500.00 | .00 | 364.40 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 221.63 | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 760.59 | .00 | .00 |
| ORTHOPEDIC ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| US SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 8814.35 | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | 3437.50 | .00 | .00 |
| AMERICAN GENERAL RETAIL | UNSECURED | 1783.20 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15500.00 | 194.00 | 15160.71 | .00 | 30854.71 |
| PRINCIPAL PAID | 10472.85 | 194.00 | .00 | .00 | 10666.85 |
| INTEREST PAID | 2549.94 | .00 | .00 | .00 | 2549.94 |
| TOTAL PAID | 13022.79 | 194.00 | .00 | .00 | 13216.79 |

The Debtor's attorney, ZALUTSKY & PINSKI              , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 695.56 .

Refunds to the Debtor totaled $     .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 43588 SHIRLEY JONES